```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 10 2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
Eric J. Lesane,

           Plaintiff,

  -v-

John Doe, *Medical Civilian Doctor at R.N.D.C*,
*et al.*,

           Defendants.
----------------------------------------------------------X

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE
08 Civ. 4830 (PAC)( MHD)**

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

__X__ **General Pretrial (including scheduling, discovery, non-dispositive pretrial motions, and settlement)**

____ Specific Non-Dispositive Motion/Dispute:*
_____
_____

If referral is for discovery disputes when the District Judge is unavailable, the time Period of the referral:_____

____ Settlement:

____ Inquest After Default/damages Hearing

____ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

____ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

____ Habeas Corpus

____ Social Security

__X__ **Dispositive Motion (i.e. motion requiring a Report and Recommendation)** Particular Motion:_____

================================================================

* Do not check if already referred for general pretrial

Dated: New York, New York
       June 10, 2008

SO ORDERED

*[signature]*
PAUL A. CROTTY
United States District Judge

Copy Mailed To:

Eric J. Lesane
(# 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)
Otis Bantum Correction Center
16-00 Hazen Street
East Elmhurst, NY 11370

1