

**THE CITY OF NEW YORK**
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

MICHAEL A. CARDOZO
*Corporation Counsel*

MAURICE L. HUDSON
*Assistant Corporation Counsel*
(212) 788-8684
fax: (212) 788-9776
mhudson@law.nyc.gov

August 22, 2008

ENDORSED ORDER

In view of plaintiff's pro se status, we read his complaint, insofar as it names the "Department of Correction" as a defendant, to be intended to name the City of New York. The defendants to respond to the complaint within 14 days.

8/26/08 [signature]

**BY FAX: (212) 805-7928**
Honorable Michael H. Dolinger
United States Magistrate Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: Eric J. Lesane v. Department of Correction, et al.
    08-CV-4830 (PAC)(MHD)

Your Honor:

      I am an attorney in the Office of Michael A. Cardozo, Corporation Counsel of the City of New York, assigned to the defense of the above-referenced federal civil rights action. I write to respectfully inform the Court that although the docket sheet reflects that the Department of Correction has been served with a copy of the summons and complaint in this action, this Office will take no further action unless directed to do so by the Court.

      As an initial matter, the City of New York is not a named defendant in this action. Rather, plaintiff purportedly names the Department of Correction in the caption of his complaint.[1] It is well-settled in the Southern District that the New York City Department of Correction is not a suable entity. Campbell v. Dep't of Correction, 95 Civ. 3242, 1996 U.S. Dist. LEXIS 2021 at *2 (S.D.N.Y Feb. 26, 1996) (holding that the New York City Department of Correction is not a suable entity); see, also, Jolly v. N.Y.C. Dep't of Correction, 89 Civ. 4520, 1989 U.S. Dist. LEXIS 14852 at *11 (S.D.N.Y. Dec. 13, 1989) (Department of Correction is not a suable entity).

      Additionally, the civil docket sheet reflects that neither of the two individual defendants, purportedly named as "John Doe" and "Jane Doe," have yet been identified or served.

---

[1] It is respectfully noted for the Court's information that, according to the civil docket sheet, the Department of Correction appears to have been served on August 1, 2008.

Accordingly, because no suable entity eligible for representation by this Office has yet been served or requested representation, we will take no further action unless instructed otherwise by the Court.

Thank you for your consideration of this matter.

Respectfully submitted,

Maurice L. Hudson
Assistant Corporation Counsel

cc: <u>BY FIRST-CLASS MAIL</u>
Mr. Eric J. Lesane
Plaintiff *Pro Se*
#241-05-17065
Otis Bantum Correctional Center
16-00 Hazen Street
East Elmhurst, New York 11370